IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| NAPOLEON GRAY, | * |
| Plaintiff, | * |
| v. | Case No. 4:20-cv-171 (CDL) |
| | * |
| Former President GEORGE BUSH, *et al.*, | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 2, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of September 2020.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk